United States District Court
District of Massachusetts

---

UNITED STATES OF AMERICA, )
)
v. )
)
DUSTIN J. DENUNZIO, ) Criminal Action No.
ANTHONY GATTINERI and ) 14-10284-NMG
CHARLES A. LIGHTBODY, )
)
Defendants. )

---

ORDER

Because defendants have not alleged that the government has intimidated or harassed a potential witness nor demonstrated that the government is withholding immunity from Attorney Feldman for the purpose of keeping exculpatory evidence from the jury, see United States v. Angiulo, 897 F.2d 1169, 1190-93 (1st Cir. 1990), the Court is without authority to compel the government to provide Attorney Feldman immunity for his testimony at trial. Defendants' Motion for a Judgment of Acquittal (Docket No. 415) is therefore **DENIED**.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated April 8, 2016