United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| DUSTIN J. DENUNZIO, ) | Criminal Action No. |
| ANTHONY GATTINERI and ) | 14-10284-NMG |
| CHARLES A. LIGHTBODY, ) | |
| ) | |
| Defendants. ) | |

ORDER

Defendants' Supplemental Submission Regarding the July 2, 2013 Recorded Phone Call Between Mr. Lightbody and Mr. DeCicco is treated as a motion to preclude the government from making certain statements in its opening. The motion is **DENIED** with the caveat that the government is again forewarned that the use of any material in its opening that is later found not to be admissible as evidence will result in either extensive and damaging instructions to the jury or a mistrial.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated April 8, 2016

-1-